# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

LEO PRICE, JR.,

    Petitioner,

v.                                         CASE NO.   1:19cv309-MCR-GRJ

SEC'Y, FLA. DEP'T OF CORR.,

    Respondent.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation on January 19, 2021.  ECF No. 11.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus, ECF No. 6, is GRANTED, and the Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED as untimely under 28 U.S.C. § 2244(d)(1).

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 1:19cv309-MCR-GRJ